SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
DEONDRE RAGLIN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEONDRE RAGLIN,<br><br>             Plaintiff,<br><br>     vs.<br><br>SHALABI ENTERPRISES, LLC; and DOES 1 to 10,<br><br>             Defendants. | **Case No.: 5:22-cv-01298-FLA-JPR**<br><br>**Plaintiff's Notice of Motion and Motion for Default Judgment by Court**<br><br>Date: January 20, 2023<br>Time: 1:30 p.m.<br>Courtroom: 6B<br><br>Honorable Judge Fernando L. Aenlle-Rocha |

To Defendant SHALABI ENTERPRISES, LLC and the attorneys of record, if any: Please take notice that on January 20, 2023, at 1:30 p.m., or as soon thereafter as this matter may be heard by this Court located at 350 West First Street, Los Angeles, California, Plaintiff DEONDRE RAGLIN will present Plaintiff's motion for default judgment against Defendant SHALABI ENTERPRISES, LLC. The Clerk has previously entered the default on said Defendant on November 23, 2022.

At the time and place of hearing, Plaintiff will present proof of the following matters: (1) Defendant SHALABI ENTERPRISES, LLC is not a minor or incompetent person or in military service or otherwise exempted under the Soldier and Sailor's Civil

---

Plaintiff's Notice of Motion and Motion for Default Judgment by Court - 1

Relief Act of 1940; (2) Defendant SHALABI ENTERPRISES, LLC has not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendant on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act.

The Plaintiff seeks a judgment in the amount of $2,627.00 in attorney fees and costs as set forth in the attached declaration of Jason J. Kim and an Order directing the Defendant to: make alterations in such a manner that, to the maximum extent feasible, the goods, services, facilities, privileges, advantages, or accommodations offered by Defendant is readily accessible to and usable by individuals with disabilities at the property located at or about 1800 N. Long Beach Blvd., Compton, California. This motion is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of the original motion for default judgment by court was served on Defendant SHALABI ENTERPRISES, LLC on December 23, 2022 by first class United States Mail, postage prepaid.

Dated:  December 23, 2022          **SO. CAL. EQUAL ACCESS GROUP**


By:     _/s/ Jason J. Kim_____
Jason J. Kim, Esq.
Attorneys for Plaintiff