**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEONDRE RAGLIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHALABI ENTERPRISES, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 5:22-cv-01298-FLA (JPRx)<br><br>**ORDER DISMISSING ACTION** |

1  On May 1, 2023, the court denied Plaintiff Deondre Raglin's ("Plaintiff") Motion for Default Judgment with 30 days' leave to file an amended complaint or amended motion.  Dkt. 20.  Plaintiff was warned that "[f]ailure to file an amended complaint or motion timely shall result in dismissal of the action for failure to prosecute."  *Id.* at 13; *see* Fed. R. Civ. P. 41(b).  Plaintiff has not filed either.  Accordingly, the court DISMISSES this action.

IT IS SO ORDERED.

Dated: June 5, 2023

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2